**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
602-322-4009
www.cavanaghlaw.com

David A. Selden (AZ Bar 007499)
dselden@cavanaghlaw.com
Julie A. Pace (AZ Bar 014585)
Jpace@cavanaghlaw.com
Heidi Nunn-Gilman (AZ Bar 023971)
hnunngilman@cavanaghlaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Analy Benitez Montijo,<br><br>        Plaintiff,<br>v.<br><br>Romulus, Inc.,<br><br>        Defendant. | No. 2:14-CV-00264-SMM<br><br>**DEFENDANT'S UNOPPOSED MOTION TO SUBMIT THE DOLLAR AMOUNT OF SETTLEMENT AGREEMENT UNDER SEAL** |

Defendant Romulus, Inc. hereby requests leave of Court to submit under seal an unredacted version of the Settlement Agreement in this case and to submit a copy of the Settlement Agreement that has the dollar amount redacted when filing the Joint Motion to Approve Settlement Agreement on September 13, 2019. Plaintiff does not oppose this Motion.

The reason for Defendant's request is that the Agreement has a confidentiality provision and Defendant would not want its willingness to pay a settlement in this case, even a modest settlement, to be misused by others as an incentive to bring claims.

A proposed form of Order is filed concurrently herewith.

9082450_1

RESPECTFULLY SUBMITTED this 12th day of September, 2019.

**THE CAVANAGH LAW FIRM, P.A.**

By: /s/David A. Selden
David A. Selden
Julie A. Pace
Heidi Nunn-Gilman
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify, that on the 12th day of September, 2019, I electronically transmitted the attached to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clifford P. Bendau, II
THE BENDAU LAW FIRM, PLLC
Post Office Box 97066
Phoenix, Arizona 85060
cliffordbendau@bendaulaw.com
*Attorneys for Plaintiff*

/s/ Michelle Renee Mercure